# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 2:12 CR 210-1 (DMC) |
| v. | : | **WAIVER OF INDICTMENT** |
| ROBERT E. ROTHMAN | : | |

I, Robert E. Rothman, am charged with violating 15 U.S.C. § 1 being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on <u>March 27, 2012</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Robert E. Rothman
Defendant

_____
Robert J. Cleary, Esq.
Counsel for Defendant

Before: _____
HONORABLE Dennis M. Cavanaugh
United States District Judge