```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS


NEWARK                                     DATE: 27 March 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                             Docket # 2:12cr210-1

U.S.A.  v.  Robert Rothman

Appearances:

AUSA    Debra Brookes & Ludovic C. Ghesquiere
D       Robert Cleary, Esq.

Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 23 July 2012 at 10
ORDERED bail set at $100,000.00 PR Bond
bond signed in courtroom


Time Commenced   11
Time Adjourned   11:30



cc: chambers                           Scott P. Creegan
                                       Deputy Clerk
```