UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA                          :

                                                  :

            v.                                    :       CRIMINAL NO.  2:12 CR 210

                                                  :

ROBERT E. ROTHMAN,                                :

                                                  :

                      Defendant.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


[PROPOSED] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM
NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2)


On this date, the Court considered the Unopposed Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States Department of Justice, Antitrust Division.  Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims through its website, http://www.justice.gov/atr/victim/vrhearings.htm, rather than through individual notices to the crime victims.

**IT IS SO ORDERED.**

**DATED** this 27th day of March, 2012.

HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE