

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

March 10, 2016

Robert J. Cleary
Member of the Firm
d 212.969.3340
f 212.969.2900
rjcleary@proskauer.com
www.proskauer.com

<u>Via ECF</u>

The Honorable Susan D. Wigenton
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Building & United States Courthouse
50 Walnut Street, Room 5C
Newark, NJ 07101

      Re:    *United States v. Robert Rothman*, Dkt. No. 12-CR-210 (SDW)

Dear Judge Wigenton:

      We represent Defendant Robert Rothman.  Earlier this week, the Court granted our request for an adjournment of Mr. Rothman's upcoming sentencing.  That sentencing is now scheduled for May 26.

      We were informed by Laura M. Kellogg of the Probation Department that, despite the adjournment, Mr. Rothman's final PSR remains due next week, and that an extension of the due date would require the Court's permission.  Since the current due date will not provide sufficient time for us to submit and for Probation to consider Mr. Rothman's objections to the PSR, we respectfully request that the Court extend the due date for submission of the final PSR until Friday April 29, which is more than twenty-five days prior to the new sentencing date.  The Government has informed us that it has no objection to this request.

      We appreciate the Court's consideration.

      Respectfully submitted,

      /s/

      Robert J. Cleary

cc:    U.S. Probation Officer Laura M. Kellogg

      Bryan Bughman, Esq., Department of Justice